# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 17, 2011.

Selected Entity Name: **AEROPOSTALE PROCUREMENT COMPANY, INC.**
Selected Entity Status Information

**Current Entity Name:** AEROPOSTALE PROCUREMENT COMPANY, INC.
**Initial DOS Filing Date:** JANUARY 26, 2011
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

**EXHIBIT B**







**EXHIBIT C**



  Introducing the Nexus S　　　　

www.google.com/nexus　　　　　　　　　　　　　　　　　　　Ads by Google

## L.E.S CLOTHING CO.™



"REP YA HOOD WITH AN EXCLUSIVE LOWER EAST SIDE T-SHIRT"

Male
101 years old
NEW YORK, New York
United States

Online Now!

Last Login:
12/15/2010

View My: Pics | Videos | Playlists

### Contacting L.E.S CLOTHING CO.™
- Send Message
- Forward to Friend
- Add to Friends
- Add to Favorites
- IM / Call
- Block User
- Add to Group
- Rank User

Myspace URL:
www.myspace.com/globalgclothing

### L.E.S CLOTHING CO.™'s Interests

**General**



FOR ORDERS OR OTHER INFO EMAIL LESCLOTHING@GMAIL.COM OR CALL (917)515-9333...WE WILL PERSONALLY DELIVER ANY OF OUR LOWER EAST SIDE T SHIRTS TO ANY LOCATION ON THE L.E.S. WE HAVE A LARGE VARIETY OF SIZES AND COLORS CURRENTLY AVAILABLE: S,M,L,XL,2X,3X,4X and 5X...

**Music**

DOWN BOTTOM DVD TRAILER COMMERCIAL



### L.E.S CLOTHING CO.™ GOT THEM WHITE/RED/BLUE LES TEES FOR THE FESTIVAL N PR PARADE...HOLLA @ YA BOY!!!
2:22 PM Jun 11

view more

### L.E.S CLOTHING CO.™'s Latest Blog Entry  [Subscribe to this Blog]

Fokis reps that LES set on HipHopGame.Com  (view more)

[View All Blog Entries]

### L.E.S CLOTHING CO.™'s Blurbs

**About me:**

Rep Your Hood with an exclusive LOWER EAST SIDE t-shirt available from L.E.S. Clothing Co.™. We have a wide variety of LOWER EAST SIDE™ designs including LES NYC™, ALPHABET CITY™, THE LOWER™, THE 6 BORO™, etc.

For orders please call (800) 495-1539 or email us at lesclothing@gmail.com.



**Who I'd like to meet:**



Movies







**Books**



**Heroes**





User

NEW VIDEO "READY TO RIDE"

BY EASY & TRIPLE THREAT

**PROD.BY** MEC-ONE

**DIR.BY** BIG SKILLY



**G3D**



Jun 11 2010 2:19 PM
Comment Back - Send Message - Block User

Sham Da God







SHAM DA GOD "8 STRIP"



**DAT 5 STAR CHICK** ☐☐☐ ☐☐

**May 5 2010 1:17 PM**
Comment Back - Send Message - Block User

What's good homie holla at me I need some new giddy-up 4 da summer time :)



**"J.ONE&ONLY"**

**Feb 16 2010 12:00 PM**
Comment Back - Send Message - Block User

L.E.S STAND THE FUK UP



**LIMITED EDITION SWAG/ JCONNECTS**

**Jan 12 2010 12:54 PM**
Comment Back - Send Message - Block User

HEY WHATS GOIN ON ...

JUS SLIDIN THRU TO BRING SUM OFFFICIAL...
***DINERO EL DON***
LOVE TO YOUR PAGE...

HOPE ALL IS WELL...ENJOY YOUR WEEK AND GOD BLESS..

YA TU SABES/L.E.S./DINERO

AIM FLOW: DINERO51631
TWITTER @DINEROELDON
FACEBOOK: DONDINERO51631@GMAIL.COM



**only1jones**

**Dec 8 2009 12:35 PM**
Comment Back - Send Message - Block User