





**Six Lowa**

**Oct 7 2009 12:39 PM**
Comment Back - Send Message - Block User







**Six Lowa**

**Aug 11 2009 2:16 PM**
Comment Back - Send Message - Block User

Hey Whats Goody?





Jhoodz |@JhoodzRT



**Apr 29 2009 10:57 AM**
Comment Back - Send Message - Block User

big ups to L.E.S CLOTHING CO!!

LOVING THE SHIRTS!!



Twitter.com/DJ_Juneroc k



**Mar 25 2009 10:46 AM**
Comment Back - Send Message - Block User

thanks 4 the add!!! 6th boro Lowa Deck for life.. L

JIMMY



**Mar 3 2009 10:22 PM**
Comment Back - Send Message - Block User







thanks for the add

THE OFFICIAL LOWER EAST SIDE PAGE



Feb 16 2009 3:48 AM
Comment Back - Send Message - Block User



THE OFFICIAL LOWER EAST SIDE PAGE




Feb 11 2009 11:58 PM
Comment Back - Send Message - Block User

L.E.S ALL FUCKIN DAY... WE INTERNATIONALLY KNOWN

**FRANKI**



Feb 10 2009 10:15 AM
Comment Back - Send Message - Block User



Papi Shank - Performing LIVE Sat 8/7 in NY!



Feb 9 2009 3:49 AM
Comment Back - Send Message - Block User

THANX 4 THE SUPPORT!

CHECK OUT MY NEW VIDEO!





LOWER EAST SIDE T SHIRTS...COP YOURS NOW!!!

THE T-SHIRTS BELOW ARE AVAILABLE IN MORE COLORS THEN ARE SHOWN ON THIS PAGE...FOR ADDITIONAL INFORMATION YOU CAN CALL US AT (800) 495-1539 OR EMAIL US AT LESCLOTHING@GMAIL.COM

NOW SPREAD THE WORD:

Rappers, Singers, Producers want to be feat. on "LOG ON" vol.2?
*CLICK HERE*

**NEED AN EXCLUSIVE MYSPACE LAYOUT?**
*CLICK HERE*

Looking for EXPOSURE and/or some EXTRA CASH?
*CLICK HERE*





Sizes
Small
Buy Now

Please vote for Jayden and Mikaila see my profile



Jan 18 2009 4:43 PM
Comment Back - Send Message - Block User



Visit MyCoolEspacio.com

vCarmenv



Jan 5 2009 8:21 PM
Comment Back - Send Message - Block User



Sizes
Small
Buy Now




Sizes
Small
Buy Now



MYHOTCOMMENTS.COM
**MyHotComments** thank you for adding me as a friend

**Evan ( LES )**

**Dec 4 2008 8:54 PM**
Comment Back - Send Message - Block User

You already know that the nigga's from the hood gotta get some love and ou already know that if the did accepted those L.E.S. gear up here I would of been rockin it to the fullest. You heard!! Representing the Lower hard body. Stay up!

**Durte Rebelz LLC**

**Nov 29 2008 12:04 PM**
Comment Back - Send Message - Block User

To view all recent works click -->pics<----
ALL RECENT ARTWORK

Things to have ready:
Design info
Email (for sending the contract)
Contact email or phone number



The power to be great
exists within us all...

**DAT 5 STAR CHICK** ☐☐☐ ☐☐

**Nov 27 2008 4:06 PM**
Comment Back - Send Message - Block User

Happy thanksgiving!!!!

**B.A.D**



**Nov 24 2008 1:05 AM**
Comment Back - Send Message - Block User

WHAT IT DO ROB JUST SHOWING YOUR PAGE SOME L.E.S GANGSTA LOVE L.E.S UP!!!!!



Sizes
Small
Buy Now

| L.E.S CLOTHING CO.™'s Details | |
|---|---|
| Status: | Married |
| Hometown: | Lower East Side |
| Zodiac Sign: | Taurus |
| Children: | Proud parent |
| Education: | College graduate |



PAGE IS DONE! NO REQUESTS PLZ!



**Nov 7 2008 12:22 PM**
Comment Back - Send Message - Block User



This image or video violated our terms of use.

photobucket

MySpace Comments & MySpace Layouts

Evan ( LES )



**Nov 2 2008 11:08 AM**
Comment Back - Send Message - Block User

A-yo What's good. That sweater is official. Repping that lower deck hard body. That's what it do. Just stopping by to show some luv & respect!! Holla!

Durty Rob



**Oct 22 2008 2:51 PM**
Comment Back - Send Message - Block User

What up my brother Trade Mark Rob, It'z getting frio out there, I need a hoody what's goody? (lmao) Yo let me know when you get some more of those champions with the zipper, I need a black one kidco, Peace



O g Z

**Oct 14 2008 11:14 AM**
Comment Back - Send Message - Block User

whats good my dude!


TM

REPRESENT YA HOOD WITH A CUSTOM "LOWER EAST SIDE™" T-SHIRT
L.E.S. Clothing Co.™



$19.99
SIZES CURRENTLY AVAILABLE: XL, 2X, 3X, 4X
PHONE ORDERS (646) 651-0350

SHIP MY ORDER TO:

First Name: _____    Size # _____

Last Name: _____    Quantity: _____

Address: _____

City: _____    State: _____    Zip: _____

Order by certified check or money order payable to: Robert G. Lopez, 230 Clinton Street #11C, New York, NY 10002
Send $19.99 + $3.95 S&H per T-shirt; Allow 2 weeks for delivery
For Wholesale Orders email: grobertlopez@aol.com

**EXHIBIT D**



