

**EXHIBIT E**

# New York State Department of State
## Certificate of Trademark Registration

I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.

**Registration Number:** R31067  **Registration Date:** 06/06/07

**Applicant:** ROBERT G. LOPEZ
230 CLINTON STREET APT. #11C
NEW YORK    NY    10002-

**State of Incorporation or Partnership Organization:**

**Class Numbers:** 25

**Date First Used in NYS:** 12/1999    **Date First Used Anywhere** 12/1999

**Trademark Description:**
LOWER EAST SIDE

The mark is comprised of the words "Lower East Side" In stylized letters with an underline and overline.

**Description of Goods:** Clothing, namely, T-shirts, Hooded Sweatshirts, Vest, Hats and Caps as adopted from the USPTO.

**WITNESS** my hand and the seal of the State of New York In the City of Albany on this:

Thursday, August 16, 2007

by:



*Special Deputy Secretary of State*

DOS-690 (Rev. 3/01)

**EXHIBIT F**





# AÉROPOSTALE

34th Street
15 West 34th St.
212-239-4968

---

STORE: 01064       REGISTER: 005
CASHIER: Susan

---

CUSTOMER NUMBER:
          01064005500965550

FEED SACK                        19.50 N
  99376774
            1 @ 19.50

================================================
SUBTOTAL                          19.50
TOTAL                             19.50
================================================
AMOUNT TENDERED
DEBIT                             19.50
  ACCT: ▮▮▮▮▮▮
  EXP: ******
  APPROVAL: 532711

TOTAL PAYMENT                     19.50

---

Transaction:65579     6/19/2011 6:04 PM

---

visit us at www.aeropostale.com

065579010640050619201